IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNEKA JOHNSON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5441

Opinion filed February 9, 2016.

Petition for Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Johneka Johnson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED. See Fla. R. App. P. 9.141(d)(5).

WOLF, ROWE, and BILBREY, JJ., CONCUR.